IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: WILLIAM EDWARD AKERS
TAMMIE JO AKERS
9455 STRAWSER ST
ORIENT, OH  43146

Case No: 11-58508

Chapter 13

Judge: John E. Hoffman Jr.

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY

The Case was commenced on August 17, 2011.
The plan was confirmed on November 08, 2011.
The Case was concluded on November 02, 2015.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
NOTICE OF CONVERSION TO CHAPTER 7 AFTER CONFIRMATION.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors:    125,055.27

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 17.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| CANDICA 00009     UNSECURED | 108.31 | 0.00 | 0.00 | 108.31 |
| CANDICA 00008     UNSECURED | 366.04 | 0.00 | 0.00 | 366.04 |
| CITIFINANCIAL 00003     UNSECURED | 2,400.36 | 0.00 | 0.00 | 2,400.36 |
| COMENITY BANK 00034     UNSECURED | 123.15 | 0.00 | 0.00 | 123.15 |
| COMENITY BANK 00030     UNSECURED | 260.60 | 0.00 | 0.00 | 260.60 |
| Computer Collections 00011     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES 00012     UNSECURED | 552.09 | 0.00 | 0.00 | 552.09 |
| EAST BAY FUNDING LLC 00010     UNSECURED | 1,599.77 | 0.00 | 0.00 | 1,599.77 |
| ECMC 00015     UNSECURED | 1,898.38 | 0.00 | 0.00 | 1,898.38 |
| ECMC 00014     UNSECURED | 3,411.21 | 0.00 | 0.00 | 3,411.21 |
| Ffcc-Columbus Inc 00017     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Ffcc-Columbus Inc 00016     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| HARLEY DAVIDSON CREDIT CORP 00004     SECURED-506 | 8,200.00 | 8,200.00 | 464.03 | 0.00 |

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
CASE NO. 11-58508   WILLIAM EDWARD AKERS and TAMMIE JO AKERS

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| HARLEY DAVIDSON CREDIT CORP 10004    UNSECURED | 69.63 | 0.00 | 0.00 | 69.63 |
| Hsbc Bank 00019    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE 00007    PRIORITY | 17,841.20 | 15,175.28 | 0.00 | 2,665.92 |
| INTERNAL REVENUE SERVICE 00038    UNSECURED | 287.30 | 0.00 | 0.00 | 287.30 |
| JPMORGAN CHASE BANK 00002    PRE-PET MTG ARREARS | 4,972.40 | 4,229.41 | 0.00 | 742.99 |
| JPMORGAN CHASE BANK 00001    MORTGAGE | Continuing | 75,173.22 | 0.00 | 0.00 |
| Medical Diagnostic Laboratories 00020    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Medicredit Corp 00022    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Medicredit Inc 00023    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| MT CARMEL HEALTH 00021    UNSECURED | 50.58 | 0.00 | 0.00 | 50.58 |
| OHIO ATTORNEY GENERAL STATE OF OHIO 00039    PRIORITY | 678.09 | 574.48 | 0.00 | 103.61 |
| OHIO ATTORNEY GENERAL STATE OF OHIO 00042    UNSECURED | 6.94 | 0.00 | 0.00 | 6.94 |
| OHIO HEALTH PATIENT ACCTS 00031    UNSECURED | 395.79 | 0.00 | 0.00 | 395.79 |
| PCB 00024    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| PMAR 00026    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| PNC BANK 00037    UNSECURED | 3,474.70 | 0.00 | 0.00 | 3,474.70 |
| PNC BANK 00027    UNSECURED | 84.96 | 0.00 | 0.00 | 84.96 |
| PORTFOLIO RECOVERY ASSOC 00018    UNSECURED | 1,057.37 | 0.00 | 0.00 | 1,057.37 |
| Radiology Inc 00028    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| REGIONAL INCOME TAX AGENCY 00041    PRIORITY | 1,738.07 | 1,472.48 | 0.00 | 265.59 |
| RESURGENT CAPITAL SERVICES 00025    UNSECURED | 54.67 | 0.00 | 0.00 | 54.67 |
| RIVERSIDE RADIOLOGICAL ASSOC 00029    UNSECURED | 54.19 | 0.00 | 0.00 | 54.19 |
| Sallie Mae Inc on behalf of Dept of Educ 00013    UNSECURED | 1,653.85 | 0.00 | 0.00 | 1,653.85 |
| SOUTHERN POINT ASSOCIATION 00005    SECURED | 2,985.50 | 2,985.50 | 0.00 | 0.00 |
| TAMMIE JO AKERS 00000    DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 11-58508    WILLIAM EDWARD AKERS and TAMMIE JO AKERS

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| TEAYS VALLEY SCHOOL DISTRICT 00040    PRIORITY | Not filed | 0.00 | 0.00 | 0.00 |
| United Collect Bur Inc 00032    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| United Collect Bur Inc 00033    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL BANK 00035    UNSECURED | 843.92 | 0.00 | 0.00 | 843.92 |
| WELLS FARGO FINANCIAL OHIO 1 INC 00006    SECURED-506 | 8,500.00 | 8,500.00 | 600.78 | 0.00 |
| WELLS FARGO FINANCIAL OHIO 1 INC 10006    UNSECURED | 1,014.33 | 0.00 | 0.00 | 1,014.33 |
| West Broad Anesthesia 00036    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| WILLIAM EDWARD AKERS 00000    DEBTOR REFUND | 1,171.07 | 1,171.07 | 0.00 | 0.00 |
| WILLIAM EDWARD AKERS 00000    DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| Previously refunded during pendency of case | 1,171.07 | 1,171.07 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 24,657.90 | 20,257.36 | 116,283.16 | 0.00 | 1,171.07 | 162,369.49 |
| PRIN PAID | 23,914.91 | 17,222.24 | 0.00 | 75,173.22 | 1,171.07 | 117,481.44 |
| INT PAID | 1,064.81 | 0.00 | 0.00 | 0.00 | | 1,064.81 |
| | | | | | TOTAL PAID: | 118,546.25 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| MICHAEL T GUNNER ESQ | 2,500.00 | 2,500.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 5,174.54 | 0.00 | 5.55 | 5,180.09 |

Dated: 11/18/2015

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: WILLIAM EDWARD AKERS  
       TAMMIE JO AKERS  
9455 STRAWSER ST  
ORIENT, OH  43146

Case No: 11-58508

Chapter 13

Judge: John E. Hoffman Jr.

## CERTIFICATION AND OPPORTUNITY TO OBJECT

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Faye D. English, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Faye D. English  
FAYE D. ENGLISH TRUSTEE  
CHAPTER 13 TRUSTEE  
ONE COLUMBUS  
10 WEST BROAD ST., SUITE 900  
COLUMBUS, OH  43215-3449  
(614)420-2555