**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: April 4, 2016**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:
William E. Akers
Tammie J. Akers,                                                    Case No. 11-58508
            Debtors                                     Chapter 7
                                                              Judge Hoffman


**ORDER GRANTING MOTION TO REOPEN BANKRUPTCY
TO PERMIT FILING OF FINANCIAL MANAGEMENT CERTIFICATE (DOC. 74)**

     Upon the Motion of the Debtors to Reopen the within Bankruptcy to file their financial management Certificates (Doc. No. 74, filed 4/1/16) it is hereby ORDERED that this bankruptcy is Reopened to permit the Debtors to file their financial management certificate. It is further Ordered that unless debtors shall file said certificates within 21 days hereof and no later than April 25, 2016 then this case shall be closed without further order of this Court.


**IT IS SO ORDERED**


CC: All creditors and parties in interest


###